**VEDDER PRICE (CA), LLP**
MARIE E. CHRISTIANSEN (SB# 325352)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700, F: +1 424-204-7702

**VEDDER PRICE P.C.**
BRYAN K. CLARK (*pro hac vice* application forthcoming)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312-609-7500, F: +1 312-609-5005

*Attorneys for defendant*
*Dyson Direct, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ELLEN TEVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DYSON DIRECT, INC.,<br><br>Defendant. | Case No. 2:25-cv-00821-DJC-AC<br><br>Judge Daniel J. Calabretta<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, plaintiff Nancy Ellen Tevis filed her Complaint against defendant Dyson Direct, Inc. ("Dyson") on or about March 13, 2025;

2. WHEREAS, Dyson was served with the Summons and Complaint on or about March 21, 2025;

3. WHEREAS, Dyson's current deadline to respond to the Complaint is April 11, 2025;

4. WHEREAS, the parties met and conferred regarding the factual background and potential opportunities for resolution on April 3, 2025;

5. WHEREAS, the parties agreed to continue discussing these issues to potentially avoid the time and expense of proceeding with litigation;

6. WHEREAS, no trial date, pre-trial conference date, last date to hear motions, or discovery cutoff date has been scheduled in this case;

7. WHEREAS, there have been no prior requests for an extension of the deadline for Dyson to file a responsive pleading;

8. WHEREAS, in an effort to conserve judicial and party resources, the Parties have agreed pursuant to E.D. Cal. Local Rule 144(a) to an extension of 28 days for Dyson to respond to the Complaint.

NOW THEREFORE, based on the above-mentioned recitals, the Parties, through their undersigned counsel of record, stipulate and agree that Dyson's responsive pleading deadline shall be extended, up to and including ***May 9, 2025***.

A proposed order accompanies this stipulation.

IT IS SO STIPULATED.

I, Marie E. Christiansen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: April 7, 2025 | VEDDER PRICE (CA), LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Marie E. Christiansen* <br> Marie E. Christiansen |
| 5 | | *Attorneys for defendant Dyson Direct, Inc.* |
| 6 | | |
| 7 | Dated: April 7, 2025 | KAZEROUNI LAW GROUP |
| 8 | | |
| 9 | | By: */s/ Ryan McBride* <br> Ryan McBride |
| 10 | | |
| 11 | | *Attorneys for plaintiff Nancy Ellen Tevis* |

## ORDER

Based on the Parties' Joint Stipulation, L.R. 144, and good cause appearing, the Court hereby orders that:

Dyson Direct, Inc.'s deadline to respond to the Complaint is extended to and including May 9, 2025.

**IT IS SO ORDERED.**

Dated: April 9, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE