

# United States District Court
# Eastern District of California

| Nancy Ellen Tevis |
|---|

Plaintiff(s)

Case Number: 2:25-cv-00821-DJC-AC

V.

| Dyson Direct, Inc. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bryan K. Clark hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Dyson Direct, Inc.

On 11/06/2008 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✓ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Calzada v. Allegiant Travel Company, Case No. 2:24-cv-01402-DJC-DB - Application dated June 17, 2024, Granted

Date: 05/23/2025         Signature of Applicant: /s/ Bryan K. Clark

**Pro Hac Vice Attorney**

Applicant's Name: Bryan K. Clark
Law Firm Name: Vedder Price, P.C.
Address: 222 N. LaSalle Street
City: Chicago  State: IL  Zip: 60601
Phone Number w/Area Code: (312) 609-7810
City and State of Residence: Naperville, IL
Primary E-mail Address: bclark@vedderprice.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Marie E. Christiansen
Law Firm Name: Vedder Price (CA), LLP
Address: 1925 Century Park East
Suite 1900
City: Los Angeles  State: CA  Zip: 90067
Phone Number w/Area Code: (424) 204-7769
Bar #: 325352

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 27, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE