**VEDDER PRICE (CA), LLP**
MARIE E. CHRISTIANSEN (SB# 325352)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700, F: +1 424-204-7702

**VEDDER PRICE P.C.**
BRYAN K. CLARK (admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312-609-7500, F: +1 312-609-5005

*Attorneys for defendant*
*Dyson Direct, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ELLEN TEVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DYSON DIRECT, INC.,<br><br>Defendant. | Case No. 2:25-cv-00821-DJC-AC<br><br>Judge Daniel J. Calabretta<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING MOTION TO DISMISS** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, on May 23, 2025, defendant Dyson Direct, Inc. ("Dyson") filed its motion to dismiss (the "Motion");

2. WHEREAS, plaintiff Nancy Ellen Tevis's response is currently due June 6, 2025, and Dyson's reply is currently due June 16, 2025;

3. WHEREAS, the Motion is not set for hearing until August 7, 2025;

4. WHEREAS, counsel for both Parties have previously scheduled upcoming travel that will interfere with their filing deadlines;

5. WHEREAS, the parties have agreed that Tevis may file her response on June 20, 2025, and Dyson may file its reply on July 7, 2025;

6. WHEREAS, no trial date, pre-trial conference date, last date to hear motions, or discovery cutoff date has been scheduled in this case;

7. WHEREAS, there have been no prior requests for an extension of these deadlines;

8. WHEREAS, the proposed extensions will not impact the August 7, 2025 hearing date;

NOW THEREFORE, based on the above-mentioned recitals, the Parties, through their undersigned counsel of record, stipulate and agree that Tevis's response deadline shall be extended, up to and including ***June 20, 2025***, and Dyson's reply deadline shall be extended, up to and including ***July 7, 2025***.

A proposed order accompanies this stipulation.

////
////
////
////
////
////

IT IS SO STIPULATED.

I, Marie E. Christiansen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 2, 2025

VEDDER PRICE (CA), LLP

By: */s/ Marie E. Christiansen*
Marie E. Christiansen

*Attorneys for defendant Dyson Direct, Inc.*

Dated: June 2, 2025

KAZEROUNI LAW GROUP

By: */s/ Ryan McBride*
Ryan McBride

*Attorneys for plaintiff Nancy Ellen Tevis*

**ORDER**

Based on the Parties' Joint Stipulation and good cause appearing, the Court hereby orders that:

Plaintiff's response deadline shall be extended, up to and including June 20, 2025, and Defendants' reply deadline shall be extended, up to and including July 7, 2025.

**IT IS SO ORDERED.**

Dated:  June 2, 2025                                /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE