**VEDDER PRICE (CA), LLP**
MARIE E. CHRISTIANSEN (SB# 325352)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700, F: +1 424-204-7702

**VEDDER PRICE P.C.**
BRYAN K. CLARK (admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312-609-7500, F: +1 312-609-5005

*Attorneys for defendant
Dyson Direct, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ELLEN TEVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DYSON DIRECT, INC.,<br><br>Defendant. | Case No. 2:25-cv-00821-DJC-AC<br><br>Judge Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR REPLY BRIEF** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, on May 23, 2025, defendant Dyson Direct, Inc. ("Dyson") filed its motion to dismiss (the "Motion");

2. WHEREAS, on June 20, 2025, plaintiff Nancy Ellen Tevis filed her response;

3. WHEREAS, Dyson's reply is currently due July 7, 2025;

4. WHEREAS, the Motion is not set for hearing until August 7, 2025;

5. WHEREAS, Dyson's client representatives have previously scheduled upcoming travel that will interfere with the reply deadline;

6. WHEREAS, the parties have agreed that Dyson may file its reply on July 14, 2025;

7. WHEREAS, no trial date, pre-trial conference date, last date to hear motions, or discovery cutoff date has been scheduled in this case;

8. WHEREAS, there has been one prior request for an extension of this deadline, as part of a briefing schedule stipulation, which was granted;

9. WHEREAS, the proposed extension will not impact the August 7, 2025 hearing date;

NOW THEREFORE, based on the above-mentioned recitals, the Parties, through their undersigned counsel of record, stipulate and agree that Dyson's reply deadline shall be extended, up to and including ***July 14, 2025***.

A proposed order accompanies this stipulation.

IT IS SO STIPULATED.

I, Marie E. Christiansen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: June 25, 2025 | VEDDER PRICE (CA), LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Marie E. Christiansen*<br>    Marie E. Christiansen |
| 5 | | *Attorneys for defendant Dyson Direct, Inc.* |
| 6 | | |
| 7 | Dated: June 25, 2025 | KAZEROUNI LAW GROUP |
| 8 | | |
| 9 | | By: */s/ Ryan McBride*<br>    Ryan McBride |
| 10 | | |
| 11 | | *Attorneys for plaintiff Nancy Ellen Tevis* |

**ORDER**

Based on the Parties' Joint Stipulation and good cause appearing, the Court hereby orders that:

Defendants' reply deadline shall be extended, up to and including July 14, 2025.

**IT IS SO ORDERED.**

Dated:  June 27, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

    */s/ Marie E. Christiansen*
    Marie E. Christiansen