**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino del Rio S, Suite 101
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**ASSASSI & CRUZ LAW FIRM. PC**
Adib Assassi, Esq. (SBN: 301036)
adib@aclegalteam.com
Veronica Cruz, Esq. (SBN: 318648)
veronica@aclegalteam.com
1100 W. Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: (800) 500-0301
Facsimile:  (800) 500-0301

Attorneys for Plaintiff,
*Nancy Ellen Tevis*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ELLEN TEVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DYSON DIRECT, INC.,<br><br>Defendant. | Case No. 2:25-cv-00821-DJC-AC<br><br>Judge Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND HEARING DATE FOR MOTION TO DISMISS** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, on May 23, 2025, defendant Dyson Direct, Inc. ("Dyson") filed its motion to dismiss (the "Motion");

2. WHEREAS, on June 20, 2025, plaintiff Nancy Ellen Tevis ("Plaintiff") filed her response;

3. WHEREAS, on July 14, 2025, Dyson filed its reply;

4. WHEREAS, the Motion is set for hearing on August 7, 2025;

5. WHEREAS, Plaintiff's counsel has had scheduling conflicts arise that will interfere with the present Motion hearing date;

6. WHEREAS, the Parties have agreed to extend the Motion hearing date from August 7, 2025 to September 18, 2025, the Court's next available hearing date;

7. WHEREAS, no trial date, pre-trial conference date, last date to hear motions, or discovery cutoff date has been scheduled in this case;

8. WHEREAS, Plaintiff has not previously requested an extension to the Motion hearing date;

9. WHEREAS, the proposed extension will not impact either Party as all Motion briefing is already complete;

NOW THEREFORE, based on the above-mentioned recitals, the Parties, through their undersigned counsel of record, stipulate and agree that the Motion hearing presently scheduled for August 7, 2025 shall be extended and rescheduled to **September 18, 2025 at 1:30pm**.

A proposed order accompanies this stipulation.

IT IS SO STIPULATED.

I, Ryan McBride, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: June 25, 2025 | KAZEROUNI LAW GROUP, APC |

By: */s/ Ryan McBride*
Ryan McBride

*Attorneys for plaintiff Nancy Ellen Tevis*

Dated: June 25, 2025                     VEDDER PRICE (CA), LLP

By: */s/ Marie E. Christiansen*
Marie E. Christiansen

*Attorneys for defendant Dyson Direct, Inc.*

**ORDER**

Based on the Parties' Joint Stipulation and good cause appearing, the Court hereby orders that:

The Motion to Dismiss hearing date, presently set for August 7, 2025, shall be extended and rescheduled to September 18, 2025 at 1:30pm.

**IT IS SO ORDERED.**


Dated:  July 23, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

    */s/ Ryan McBride*
    Ryan McBride