

# United States District Court
# Eastern District of California

| NANCY ELLEN TEVIS | Case Number: 2:25-cv-00821-DJC-AC |
|---|---|

Plaintiff(s)

V.

| DYSON DIRECT, INC. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Maxwell Herman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Dyson Direct, Inc.

On 06/24/2015 (date), I was admitted to practice and presently in good standing in the New York Supreme Court, Appellate Division (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/02/2025              Signature of Applicant: /s/ Maxwell Herman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Maxwell Herman |
| Law Firm Name: | Herbert Smith Freehills Kramer (US) LLP |
| Address: | 1177 Avenue of the Americas |
| City: | New York   State: NY   Zip: 10036 |
| Phone Number w/Area Code: | (917) 542-7848 |
| City and State of Residence: | Boonton Township, NJ |
| Primary E-mail Address: | Maxwell.Herman@hsfkramer.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lisa Kobialka |
| Law Firm Name: | Herbert Smith Freehills Kramer (US) LLP |
| Address: | 333 Twin Dolphin Drive |
| | Suite 700 |
| City: | Redwood Shores   State: CA   Zip: 94065 |
| Phone Number w/Area Code: | (650) 752-1711   Bar #: 191404 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 2, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE